**FILED**

March 25, 2008

CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> TRAVIS MCCLEARY, ) <br> ) <br>         Defendant. ) | Case No. 2:08-mj-0105-EFB <br><br> ORDER FOR RELEASE <br> OF PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release TRAVIS MCCLEARY, Case 2:08-mj-0105-EFB from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    __X__   Release on Personal Recognizance

    ___   Bail Posted in the Sum of $

        ___   Appearance Bond with Surety

        ___   Unsecured Appearance Bond

    __X__   (Other)   Conditions as stated on the record.

    ___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at   Sacramento, CA   on   March 25, 2008   at 3:03 pm.

By _____
Edmund F. Brennan,
United States Magistrate Judge